479 A.2d 1119

Commonwealth v. Davis, Appellant.
Petition for Allowance of Appeal
Denied Nov. 9, 1984.

Submitted January 4, 1984. David S. Lubin, for

appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and TAMILIA and HOFFMAN, JJ.

Order affirmed.

SPAETH, President Judge, concurred in the result.